| | |
|---|---|
| Vanessa R. Waldref<br>United States Attorney<br>Eastern District of Washington<br>Todd M. Swensen<br>Assistant United States Attorney<br>402 E. Yakima Ave., Suite 210<br>Yakima, WA 98901<br>Telephone: (509) 454-4425 | FILED IN THE U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON<br><br>MAY 10 2022<br><br>SEAN F. MCAVOY, CLERK<br>_____, DEPUTY<br>YAKIMA, WASHINGTON |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER JOSEPH LEINGANG,<br><br>Defendant. | **1:22-CR-2056-MKD**<br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g)(1),<br>924(a)(2)<br>Felon in Possession of a<br>Firearm<br><br>18 U.S.C. § 924(d),<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about January 3, 2022, in the Eastern District of Washington, the Defendant, TYLER JOSEPH LEINGANG, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Ruger model LCP .38 caliber pistol, bearing serial number 373-53648, which

INDICTMENT - 1

firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegation contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, Defendant, TYLER JOSEPH LEINGANG, shall forfeit to the United States of America, any firearm and ammunition involved or used in the commission of the offense.

DATED this 10th day of May 2022

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Todd M. Swensen
Assistant United States Attorney

INDICTMENT - 2