FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2022

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Tyler Joseph LEINGANG        **CASE NO.** 1:22-CR-2056-MKD-1

TOTAL # OF COUNTS: 1      ✓ FELONY      ☐ MISDEMEANOR      ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|-------|---------|------------------------|---------|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm | CAG not more than 10 years imprisonment, and/or $250,000 fine, up to 3 years of supervised release, and a $100 special penalty assessment. |
|   | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) | Forfeiture Allegations | |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |