FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>        Plaintiff,  )<br>    )<br>vs.  )<br>Tyler Joseph Leingang  )<br>    )<br>    )<br>        Defendant.  )<br>_____  ) | No. 1:22-CR-2056-MKD |

Received Rule 5 papers from the United States District Court, Western District of Washington.

Query    Reports    Utilities    Help    What's New    Log Out

BOND,CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:22-mj-00296-MLP-1

| | |
|---|---|
| Case title: USA v. Leingang | Date Filed: 07/06/2022 |
| Other court case number: 1:22-CR-2056-MKD Eastern District of Washington, Yakima | Date Terminated: 07/13/2022 |

Assigned to: Hon. Michelle L. Peterson

**Defendant (1)**

**Tyler Joseph Leingang**     represented by     **Corey Endo**
*TERMINATED: 07/13/2022*                          FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)
1601 5TH AVE
STE 700 WESTLAKE CENTER OFFICE TOWER
SEATTLE, WA 98101
206-553-1100
Email: corey_endo@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

Felon in Possession of a Firearm - 18:922(g)(1), 924(a)(2)

**Plaintiff**

| USA | represented by | **Yunah Chung** |

US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: yunah.chung@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2022 | 1 | CHARGING DOCUMENT RECEIVED FROM the Eastern District of Washington as to Tyler Joseph Leingang. (TLJ) (Entered: 07/06/2022) |
| 07/06/2022 | | Arrest of Tyler Joseph Leingang on 7/6/2022. (TLJ) (Entered: 07/06/2022) |
| 07/06/2022 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Corey Endo for Tyler Joseph Leingang. On the basis of the defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Hon. Michelle L. Peterson. *(No.pdf image attached)* (TLJ) (Entered: 07/06/2022) |
| 07/06/2022 | 5 | Minute Entry for proceedings held before Hon. Michelle L. Peterson- CRD: *T. Johnson*; AUSA: *Yunah Chung, Tom Woods*; Def Cnsl: *Corey Endo*; PTS: *Leona Nguyen*; Court Reporter: *Digital Recording*; Time of Hearing: *2:00PM*; Courtroom: *12B*; **INITIAL APPEARANCE AND DETENTION HEARING IN RULE 5(c)(3) PROCEEDINGS** as to Tyler Joseph Leingang held on 7/6/2022. Defendant present in custody. Defendant advised of rights. Financial Affidavit reviewed. Counsel appointed. Defendant advised of charges and penalties in the Eastern District of Washington. Defense counsel requests an Identity hearing. Court withholds signing Order of Transfer and sets Identity Hearing. Parties agree with PTS recommendation for release. For reasons stated on the record, defendant ORDERED released and placed on bond with special conditions.<br><br>**R5 Identity Hearing set for 7/13/2022 at 11:00 AM in Courtroom 12B before Hon. S. Kate Vaughan.** (TLJ) (Entered: 07/06/2022) |
| 07/06/2022 | 6 | Appearance Bond Entered as to Tyler Joseph Leingang (1) PR with Supervision and special conditions. (cc: PTS/USPO/USMO) (TLJ) (Entered: 07/06/2022) |
| 07/13/2022 | 7 | Minute Entry for proceedings held before Hon. S. Kate Vaughan- CRD: *S. Prather*; AUSA: *Tom Woods for Yunah Chung*; Def Cnsl: *Corey Endo*; Court Reporter: *Digital Recording*; Time of Hearing: *11:00AM*; Courtroom: *12B*; **RULE 5(c)(3) STATUS HEARING** as to Tyler Joseph Leingang held on 7/13/2022. Defendant present on bond. |

|  |  | Court reviews record. Defendant waives Identity Hearing. Court signs Order of Transfer. Defendant remains on bond. (SNP) (Entered: 07/13/2022) |
|---|---|---|
| 07/13/2022 | 8 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to District of Eastern District of Washington as to Tyler Joseph Leingang by Hon. S. Kate Vaughan. (cc: PTS, USMO) (SNP) (Entered: 07/13/2022) |
| 07/13/2022 | 9 | LETTER to the Eastern District of Washington regarding Rule 5 Transfer as to defendant Tyler Joseph Leingang. (SNP) (Entered: 07/13/2022) |

 

# United States District Court
## Western District of Washington

UNITED STATES OF AMERICA,
vs.
**TYLER JOSEPH LEINGANG**

# APPEARANCE BOND
## CASE No: MJ22-296

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances.** I must appear in court at the *United States Courthouse, 700 Stewart Street, Seattle, Washington; Courtroom 12B,* on Wednesday, July 13, 2022 at 11:00 AM and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed below under 'Other Conditions'.
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services, (206) 370-8550, United States Courthouse, 700 Stewart Street, Seattle, Washington within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

**OTHER SPECIAL CONDITIONS:**
- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.
- Travel is restricted to Western and Eastern District of Washington, or as directed by Pretrial Services.
- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.
- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.
- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.
- Comply with all other court orders and terms of supervision.
- The defendant shall participate in and successfully complete inpatient treatment at a facility designated by Pretrial Services. Defendant must comply with facility rules and follow any aftercare recommendations as directed by Pretrial Services. The defendant shall not abort treatment without prior approval of Pretrial Services. **Pretrial Services will coordinate the defendant's release with the U.S. Marshals.**
- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.

Case 2:20-cr-00296-MLCF Document 60 Filed 07/14/22 Page 2 of 2
Case 2:22-mj-00296-MLP Document 6 Filed 07/06/22 Page 6 of 9

Appearance Bond
Page 2 of 2

TYLER JOSEPH LEINGANG            MJ22-296

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _Tyler Leingang_      July 6, 2022      Seattle, WA
Signature               Date Signed          City, State

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

July 6, 2022
Date Signed

Michelle L. Peterson
UNITED STATES MAGISTRATE JUDGE

cc: *Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*

UNITED STATE DISTRICT COURT
For the WESTERN DISTRICT OF WASHINGTON
at Seattle

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 13 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TYLER JOSEPH LEINGANG,

Defendant

Case No.: MJ22-296

WAIVER OF RULE 5(c)(3)(D) HEARING
and ORDER OF TRANSFER

WAIVER OF RULE 5(c)(3)(D) HEARING

I, Tyler Joseph Leingang, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

a) I acknowledge that I am the person named in an indictment, information, or Warrant pending in the U.S. District Court for the Eastern District of Washington;

b) I waive my right to production of the warrant or of any other original paper Related to these charges or certified copies thereof;

c) If I am entitled to a preliminary examination. I elect to have it conducted in the district where the prosecution is pending: and

1

d) I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending

Dated this 13th day of July, 2022

_____  _____
Defense Counsel           Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U.S. District Court for the Eastern District of Washington. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

Dated this 13th day of July, 2022

_____
United States Magistrate Judge

2



# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
District Court Executive
Clerk of Court

**ERIC SMITS**
Chief Deputy Clerk

July 13, 2022

**CLERK, US DISTRICT COURT**
William O. Douglas Federal Building
25 South Third Street, 2nd Floor
Yakima, WA 98901-2742

Re: Tyler Joseph Leingang

Your No: 1:22-CR-2056-MKD
Our No: MJ22-296

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated July 13, 2022, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Stefanie Prather,
Deputy Clerk