PROB 12C
(6/16)

Report Date: May 16, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tyler Joseph Leingang | Case Number: 0980 1:22CR02056-MKD-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Yakima, Washington 98908 |

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 18, 2023

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

| | | | |
|---|---|---|---|
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation | |
| Asst. U.S. Attorney: | Todd Swensen | Date Supervision Commenced: April 18, 2023 | |
| Defense Attorney: | Ulvar Wallace Klein | Date Supervision Expires: April 17, 2028 | |

## PETITIONING THE COURT

To issue a summons.

On April 19, 2023, conditions of probation were reviewed and signed by Mr. Leingang acknowledging an understanding of his requirements and conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Mr. Leingang is alleged to be in violation of his conditions of probation by consuming controlled substances, methamphetamine and fentanyl, between May 12, and 16, 2023. |
| | On May 16, 2023, this officer was notified by United States Probation Officer (USPO) Casey, Mr. Leingang had made telephone contact with him on the evening of May 15, 2023, advising he was at Merit Resource Services (Merit) parking lot and was going to go inside to submit a random drug test; however, he stated he "messed up over the weekend." Mr. Leingang verbally admitted to consuming controlled substances, however, did not specify which ones. USPO Casey told Mr. Leingang he did not have to submit to the random drug test at Merit and directed Mr. Leingang to report to the probation office on May 16, 2023, by 12 p.m. |

Prob12C
Re: Leingang, Tyler Joseph
May 16, 2023
Page 2

On May 16, 2023, this officer met with Mr. Leingang. He admitted to consuming methamphetamine and fentanyl between May 12, and 16, 2023. Mr. Leingang submitted to a random drug test. The sample was sent to Abbott Laboratory for confirmation. Additionally, Mr. Leingang signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 16, 2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

5/17/2023

Date