PROB 12C
(6/16)

Report Date: May 19, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tyler Joseph Leingang | Case Number: 0980 1:22CR02056-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Yakima, Washington 98908 | |

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 18, 2023

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Todd Swensen | Date Supervision Commenced: April 18, 2023 |
| Defense Attorney: | Ulvar Wallace Klein | Date Supervision Expires: April 17, 2028 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 16, 2023 (ECF 46).

On April 19, 2023, conditions of probation were reviewed and signed by Mr. Leingang acknowledging an understanding of his requirements and conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**:  Mr. Leingang is alleged to be in violation of his conditions of probation by consuming controlled substance, methamphetamine, on May 17, 2023. |
| | On May 16, 2023, this officer met with Mr. Leingang in the probation office. He admitted to consuming methamphetamine and fentanyl between May 12, and 16, 2023. Mr. Leingang submitted to a random drug test. The sample was sent to Abbott Laboratory for confirmation. Additionally, Mr. Leingang signed a drug use admission form. Due to his relapse, Mr. Leingang was placed on daily reporting to the probation office until he can secure an inpatient treatment bed date. |

Prob12C
Re: Leingang, Tyler Joseph
May 19, 2023
Page 2

On May 19, 2023, Mr. Leingang reported to the probation office as directed. He admitted he consumed methamphetamine on May 17, 2023. He stated the reason he used was because he was advised he was not going to be accepted into the Sober Education Treatment Program (STEP) at this time.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the alleged violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 19, 2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  Other - incorporate violation contained in this petition in future proceedings with the violation previously reported to the Court on May 16, 2023.



Signature of Judicial Officer

5/22/2023

Date