PROB 12C
(6/16)

Report Date: January 4, 2024

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tyler Joseph Leingang | Case Number: 0980 1:22CR02056-MKD-1 |
| Address of Offender: ███████████, Yakima, Washington 98908 | |
| Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge | |
| Date of Original Sentence: April 18, 2023 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: Todd Swensen | Date Supervision Commenced: April 18, 2023 |
| Defense Attorney: Ulvar Wallace Klein | Date Supervision Expires: April 17, 2028 |

### PETITIONING THE COURT

To issue a summons.

On April 19, 2023, conditions of probation were reviewed and signed by Mr. Leingang acknowledging an understanding of his requirements and conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Leingang is alleged to be in violation of his conditions of probation by consuming controlled substance, fentanyl, on December 7, and 15, 2023.<br><br>On December 20, 2023, this officer received drug test results from Merit Resource Services reflecting a confirmed positive test for fentanyl from a sample collected December 7, 2023. This officer sent Mr. Leingang a text message and directed him to report to the probation office on December 20, by 3:30 p.m. Mr. Leingang reported to the office as directed. When confronted with his confirmed positive drug test, initially he was not honest. He stated it must have been positive as he was "around" others who were using. This officer advised the sample was tested by Abbott Laboratory and confirmed there was fentanyl in his urine. Mr. Leingang then admitted he relapsed on fentanyl December 7, and 15, 2023. Mr. Leingang signed a drug use admission form. Mr. Leingang stated he has been "stressed" having a full time job, not being able to see his daughter and pending two different cases in Yakima Superior Court and Yakima Municipal Court. |

Prob12C
**Re: Leingang, Tyler Joseph**
**January 4, 2023**
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 4, 2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

1/5/2024

Date