PROB 12C
(6/16)

Report Date: January 17, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2024

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Tyler Joseph Leingang | Case Number: 0980 1:22CR02056-MKD-1 |
| Address of Offender: ███████████ Yakima, Washington 98908 | |
| Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge | |
| Date of Original Sentence: April 18, 2023 | |
| Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence:    Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney:  Todd Swensen | Date Supervision Commenced: April 18, 2023 |
| Defense Attorney:     Ulvar Wallace Klein | Date Supervision Expires: April 17, 2028 |

---

### PETITIONING THE COURT

To incorporate the violations(s) contained in this petition in future proceedings with eh violation(s) previously reported to the Court on 01/04/2024.

On April 19, 2023, conditions of probation were reviewed and signed by Mr. Leingang acknowledging an understanding of his requirements and conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**:  Mr. Leingang is alleged to be in violation of his conditions of probation by consuming controlled substance, methamphetamine, on or before January 9, 2024. |
| | On January 16, 2024, this officer made telephone contact with Mr. Leingang and requested he report to the probation office for a random drug test. Mr. Leingang reported as directed. He submitted to a random drug test, which tested negative for all substances. Mr. Leingang then admitted he consumed methamphetamine on January 9, 2024. Mr. Leingang signed a drug use admission form. |

The U.S. Probation Office respectfully recommends the Court incorporate the above-noted allegation with the pending allegations before the Court,  ECF No. 84.

Prob12C
**Re: Leingang, Tyler Joseph**
**January 17, 2023**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 17, 2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

1/17/2024

Date