PROB 12C
(6/16)

Report Date: November 12, 2024

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2024

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Tyler Joseph Leingang | Case Number: 0980 1:22CR02056-ACE-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Moxee, Washington 98936 | |

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Alexander C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: April 18, 2023

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: April 18, 2023 |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: April 17, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On April 19, 2023, conditions of probation were reviewed and signed by Mr. Leingang acknowledging an understanding of his requirements and conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Mr. Leingang is alleged to be in violation of his conditions of probation by consuming a controlled substance, methamphetamine, on or about November 12, 2024. |
| | On November 12, 2024, probation contacted Mr. Leingang at his residence.  During the contact Mr. Leingang admitted to consuming methamphetamine on November 11, 2024. |
| 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Leingang, Tyler Joseph**
**November 12, 2024**
**Page 2**

**Supporting Evidence**: Mr. Leingang is alleged to be in violation of his conditions of probation by consuming controlled substance, fentanyl, on or about November 11, 2024.

On November 12, 2024, probation contacted Mr. Leingang at his residence. During the contact Mr. Leingang admitted to consuming fentanyl on November 11, 2024. Mr. Leingang was still under the influence of fentanyl and he was transported to a detox facility, so he could safely detox off the controlled substance.

3     **Mandatory Condition #2**: You must not unlawfully posses a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Leingang is alleged to be in violation of his conditions of probation by possessing a controlled substance on November 12, 2024.

On November 12, 2024, probation contacted Mr. Leingang at his residence. Mr. Leingang was under the influence of controlled substances when he was contacted by probation. He was unable to focus and had a difficult time standing. Mr. Leingang was asked if he had any additional drugs in his residence. He stated he had some foils he used to consume fentanyl, but did not have any additional drugs. This officer observed in plain view, on the kitchen counter, a small plastic bag of a white powdery substance, and two Naloxone containers. The substance has not been tested at the time this report was drafted. This officer also observed a glass pipe, commonly used to consume controlled substances and some burnt foils.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 12, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

11/12/2024
Date