PROB 12C
(6/16)

Report Date: September 11, 2026

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 14, 2026
SEAN F. MCAVOY, CLERK

ECF No. 139

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler Joseph Leingang Case Number: 0980 1:22CR02056-MKD-1

Address of Offender: [redacted] Moxee, Washington 98936

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 18, 2023

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (January 14, 2025) | Prison- 21 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: March 13, 2026 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: March 12, 2029 |

---

**PETITIONING THE COURT**

To issue a warrant.

On March 13, 2026, conditions of supervised release were reviewed and signed by Mr. Leingang acknowledging an understanding of his requirements and conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 test per months, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Leingang is alleged to have violated his supervised release conditions by consuming alcohol on or about August 11, 2026.<br><br>On August 12, 2026, Mr. Leingang provided a urinalysis that tested positive for alcohol. Mr. Leingang admitted to the undersigned and via a signed document that he last consumed alcohol on or about August 11, 2026. |
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Leingang is alleged to be in violation of his conditions of supervised release by failing to report to the probation office for drug testing as instructed on September 10, 2026.

On September 10, 2026, the undersigned officer made telephonic contact with Mr. Leingang. He was instructed to report to the probation office for drug testing on this same date by 12 p.m.

Mr. Leingang failed to report to the probation office by 12 p.m.; therefore, also failing to submit to drug testing as instructed.

3 **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Leingang is alleged to be in violation of his conditions of supervised release by failing to report to the probation office for drug testing as instructed on September 11, 2026.

On September 11, 2026, the undersigned officer attempted to make telephonic contact with Mr. Leingang, he did not answer the undersigned officer's phone call. A voice message was left instructing him to report to the probation office on this same date by 12 p.m.

Mr. Leingang failed to report to the probation office by 12 p.m.; therefore, also failing to submit to drug testing as instructed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 11, 2026

s/Maria Balles

Maria Balles
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

September 14, 2026

Date