PROB 12C
(6/16)

Report Date: September 18, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2026

SEAN F. McAVOY, CLERK

ECF No 147

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler Joseph Leingang Case Number: 0980 1:22CR02056-MKD-1

Address of Offender: [redacted] Moxee, Washington 98936

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 18, 2023

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (January 14, 2025) | Prison- 21 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Letitia Alberta Sikes | Date Supervision Commenced: March 13, 2026 |
| Defense Attorney: | To Be Assigned | Date Supervision Expires: March 12, 2029 |

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported on September 14, 2026.

On March 13, 2026, conditions of supervised release were reviewed and signed by Mr. Leingang acknowledging an understanding of his requirements and conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #3:** You must not knowingly leave the federal jurisdiction where you are authorized to reside without first getting permission fro the court or the probation officer.<br><br>**Supporting Evidence**: Mr. Leingang is alleged to have violated his supervised release conditions by leaving the Eastern District of Washington without permission from the probation officer on September 9, 2026.<br><br>On September 9, 2026, the U.S. Probation Office received an ATLAS notification indicating the defendant had contact with law enforcement in Lake Stevens, Washington, which is outside the Eastern District of Washington. The probation office subsequently contacted Washington State Patrol (WSP), who advised that Mr. Leingang was involved in a non-injury collision.<br><br>On September 17, 2026, Mr. Leingang told a U.S. Probation Officer he had traveled to North Bend, Washington. |

Prob12C
**Re: Leingang, Tyler Joseph**
**September 18, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to on September 14, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 18, 2026

s/Maria Balles

Maria Balles
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

September 21, 2026

Date